THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WAYMEA, Appellant. [852 NYS2d 781]—

To the extent any of the prosecutor's summation remarks were improper, any error was harmless (*see People v Crimmins*, 36 NY2d 230, 237 [1975]; *People v Almonte*, 23 AD3d 392, 394 [2005]). Skelos, J.P., Fisher, Covello and Eng, JJ., concur.